SEYFARTH SHAW LLP
Kathleen Cahill Slaught (SBN 168129)
kslaught@seyfarth.com
560 Mission Street, 31st Floor
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Ryan R. Tikker (SBN 312860)
rtikker@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, California 90067
Telephone: (310) 277-7200
Facsimile: (310) 201-5219

Amanda L. Genovese (Pro Hac Vice)
agenovese@seyfarth.com
620 Eighth Avenue, 32nd Floor
New York, New York 10018

Attorneys for Defendant
UNITEDHEALTHCARE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAYMOND JOHNSON,<br><br>            Plaintiff,<br><br>     v.<br><br>UNITED HEALTHCARE INSURANCE COMPANY, and DOES 1-10,<br><br>            Defendants. | Case No. 2:23-cv-02038-MWF-PVC<br><br>**NOTICE OF SETTLEMENT IN PRINCIPLE – REQUEST FOR 60-DAY ORDER** |

1  NOW COMES THE DEFENDANT UNITEDHEALTHCARE INSURANCE
2  COMPANY by and through its attorneys to respectfully notify this Honorable Court that
3  this matter has been settled in principle.  Dispositional documents will be forthcoming.
4  This Court shall retain jurisdiction over these claims until fully resolved.  Defendant
5  respectfully requests that the Court issue an order to show case re: settlement hearing for
6  April 23, 2024, or a date convenient with the Court's calendar.

8  DATED:  February 22, 2024                    Respectfully submitted,
9                                               SEYFARTH SHAW LLP

11                                              By:*/s/ Kathleen Cahill Slaught*
12                                                  Kathleen Cahill Slaught
                                                    Amanda L. Genovese
13                                                  Ryan R. Tikker

14                                                  Attorneys for Defendant
                                                    UNITEDHEALTHCARE
15                                                  INSURANCE COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2024, I caused the a copy of foregoing to be filed electronically with the Clerk of the District Court using the CM/ECF system, which sent notification of such filing to all parties registered to receive notice via that service.

*/s/ Kathleen Cahill Slaught*
Kathleen Cahill Slaught