JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Raymond Johnson,<br><br>        Plaintiff,<br><br>    v.<br><br>United Healthcare Insurance Company and DOES 1-10,<br><br>        Defendants. | Case No.: 2:23-cv-02038-MWF(PVCx)<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

   Based on the parties' Stipulation Re Dismissal of Entire Action with Prejudice (Docket No. 41) and for good cause shown,

   **IT IS HEREBY ORDERED** as follows:

   1. The above-entitled action, Case No. 2:23-cv-02038-MWF-PVC, is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1); and

   2. Each party shall bear their own costs and fees.

   **IT IS SO ORDERED.**

Dated: May 31, 2024

_____
MICHAEL W. FITZGERALD
United States District Judge